## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO._____

| | |
|---|---|
| JACKIE SHUMAKER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROFESSIONAL BASKETBALL | ) |
| CLUB, LLC | ) |
| and JOHN DOES 1-10. | ) |
| | ) |
| Defendants. | ) |

---

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

---

### JURISDICTION AND VENUE

1.

This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. § 101,

*et seq.*  Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1338(a).

2.

This Court has personal jurisdiction over Defendant Professional Basketball Club,

LLC, by virtue of its transacting, doing, and soliciting business in this District, and because

a substantial part of the relevant events occurred in this district.

3.

Venue is Proper under 28 U.S.C. §§ 1391(b)(2) and (c) and 1400(a).

## THE PARTIES TO THIS COMPLAINT

### 4.

Plaintiff Jackie Shumaker (hereinafter "Shumaker,") is an individual domiciled in Denver, Colorado 80235.

### 5.

Shumaker owns and provides professional photography services through JSP, Corporation d/b/a Jackie Shumaker Photography.

### 6.

Defendant Professional Basketball Club, LLC (hereinafter, the "Basketball Club,") is a company formed in Oklahoma with headquarters located at 2 Leadership Square, 211 North Robinson Avenue, Suite 300, Oklahoma City, OK 73102.  Basketball Club is registered as a foreign corporation doing business in Colorado as Professional Basketball Club, LLC, and may be served through its registered agent, The Corporation Company, at 1675 Broadway, Suite 1200, Denver, Colorado 80202.

### 7.

On information and belief, the Basketball Club previously owned, operated and did business as the Seattle SuperSonics, which is now known as the Oklahoma City Thunder, a professional basketball team and member of the National Basketball Association (NBA).

### 8.

Plaintiff does not know the true names of defendants John Does 1 through 10, inclusive, and therefore sues them by those fictitious names.  Plaintiff is informed and believes and, on the basis of that information and belief, alleges that each of those defendants was in some manner

negligent, grossly negligent, guilty of willful and wanton conduct, and proximately caused

Plaintiff's damages.

FACTS

9.

Shumaker is a professional photographer who specializes in construction, industrial and

architectural photography.

10.

In 1999, Shumaker took several photographs of the Pepsi Center in Denver,

Colorado.  Shumaker is and has always has been the sole proprietor of all rights, title, and

interest in and to the copyrights in these Pepsi Center Photos.  One of Shumaker's Pepsi

Center Photos photographs, entitled "Pepsi Twilight SW Entrance" ("Photograph") is shown

below.



11.

In 2008, Shumaker discovered that the Basketball Club posted the Photograph on the

NBA website, at http://www.nba.com/sonics/news/arena061129.html, as shown below, without

authorization or permission from Shumaker or the law.



The Pepsi Center in Denver was managed by ICON Venue Group and designed by HOK Sport.
Terrence Vaccaro/NBAE/Getty

E-mail this story

Copyright 2009 NBA Media Ventures, LLC. All rights reserved. No portion of NBA.com may be
duplicated, redistributed or manipulated in any form. By accessing any information beyond this
page, you agree to abide by the NBA.com Privacy Policy / Your California Privacy Rights and Terms of
Use.

Advertise on NBA.com  |  **Career Opportunities**  |  Help

12.

Shumaker has complied in all respects with the Copyright Act of 1976, 17 U.S.C. §101 *et seq.*, as amended, and all other laws and regulations governing copyrights, and has secured the exclusive rights and privileges in and to the copyright for the Photograph. The Register of Copyrights for the U.S. Copyright Office issued Shumaker a valid Certificate of Copyright Registration for the Photograph (Va 1-371-117), effective June 21, 2006.

FIRST CAUSE OF ACTION

(Copyright Infringement)

13.

Shumaker re-alleges and incorporates by reference Paragraphs 1 through 12 above.

14.

Beginning in or about November 2006, Basketball Club copied, reproduced, created a derivative work and/or displayed on its website at www.nba.com/sonics/news/arena061129.html without authorization Shumaker's Photograph (the "Infringement") in a November 29, 2006 article entitled "Arena Vision Taking Shape" by Kevin Pelton, SUPERSONICS.COM.

15.

The Basketball Club continued to display the Photograph on the Internet at http://www.nba.com/media/sonics/pepsi_center_500_061129.jpg after notice of the infringement.

16.

Basketball Club has not compensated Shumaker for its copying, displaying, creating a derivative work of, and/or publishing the Photograph.

17.

Basketball Club's conduct violates the exclusive rights belonging to Shumaker as owner of the copyright for the Photograph, including without limitation, Shumaker's exclusive rights under 17 U.S.C. § 106.

18.

As a direct and proximate result of its wrongful conduct, the Basketball Club has realized and continues to realize profits and other benefits rightfully belonging to Shumaker for the Photograph.  Accordingly, Shumaker seeks an award of actual damages plus attorneys' fees and costs pursuant to 17 U.S.C. §§ 504 and 505.

19.

In the alternative, Shumaker is entitled to and seeks statutory damages for the Infringement of the Photograph, including attorneys' fees and costs, pursuant to 17 U.S.C. §§ 504 and 505.

20.

The Infringement by the Basketball Club was willful and performed with knowledge that the use of the Photograph was unauthorized; Shumaker is therefore entitled to the recovery of enhanced statutory damages pursuant to 17 U.S.C. 504.

SECOND CAUSE OF ACTION

(False Copyright Management Information)

21.

Shumaker re-alleges and incorporates by reference Paragraphs 1 through 20 above.

22.

The Basketball Club posted with the Infringement the photo credit of "Terrence Vaccaro/NBAE/Getty" ("False Copyright Management Information")

23.

The Photograph is not and has never been owned or licensed for use by Terrence Vaccaro, the NBAE, or Getty.

24.

The Basketball Club knowingly and with the intent to induce, enable, facilitate or conceal infringement provided and/or distributed false copyright management information for Shumaker's Photograph, in violation of 17 U.S.C. § 1202 (a).

25.

Shumaker is entitled to and seeks statutory damages for Basketball Club's use of false copyright management information for the Photograph, including attorneys' fees and costs, pursuant to 17 U.S.C. § 1203.

WHEREFORE Plaintiff prays for judgment as follows:

1.   Declare that the Basketball Club's unauthorized conduct violates Shumaker's rights under common law and the Federal Copyright Act;

2.   Order the Basketball Club to account to Shumaker for all gains, profits, and advantages derived by the Basketball Club through its infringement of Shumaker's copyright; or such damages as are proper;

3.   Award Shumaker profits and damages in such amount as may be found pursuant to 17 U.S.C. § 504(b) for the Infringement of the Photograph;

alternatively, award Shumaker maximum statutory damages in the amount of $30,000 for each infringement pursuant to 17 U.S.C. § 504(c)(1); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

4.  Award Shumaker maximum statutory damages in the amount of $150,000 for each infringement pursuant to 17 U.S.C. § 504(c)(2) for the Photograph; or such other amount as may be proper pursuant to 17 U.S.C. § 504;

5.  Award Shumaker actual damages in such amount as may be found pursuant to 17 U.S.C. § 1203(c)(2); alternatively, award Shumaker maximum statutory damages in the amount of $25,000, pursuant to 17 U.S.C. § 1203(c)(3)(B); or such other amounts as may be proper pursuant to 17 U.S.C. § 1203;

6.  Award Shumaker her costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1203(b)(5); and

7.  For such other and further relief as the Court may deem just and proper.

Plaintiff demands a jury trial on all of the foregoing counts.

This 4th day of June, 2009.

Respectfully submitted,

_/s/ Karen L. Brady_____
Karen L. Brady
Colorado Bar No. 18324
Karen Brady & Associates, P.C.
5400 Ward Road V-170
Arvada, CO 80002
(303)420-2863 (telephone)
(303)424-2599 (facsimile)
kbrady@coloradoestateplanning.com
*Attorney for Plaintiff Jackie Shumaker*